UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ERNEST DADE,<br><br>Defendant. | Case Nos.   4:01-cr-00196-BLW<br>              4:16-cv-00224-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court are various motions filed by Defendant John Ernest Dade in the above-captioned criminal (Dkts. 549, 553, 559, 560, 561, 562, and 563). Additionally, the government asks for an order authorizing payment from Mr. Dade's inmate trust account (Dkt. 548). The Court will grant the government's motion and deny Dade's pending motions.

## DISCUSSION

The Court long ago entered judgment in this criminal case and the Defendant has not been successful on his appeal or in seeking relief under 28 U.S.C. § 2255. Nevertheless, he continues to file motions asking for various forms or relief, including, for example, motions asking the Court to:

MEMORANDUM DECISION AND ORDER - 1

(1) dismiss or "vacate" this case, Dkt. 562;

(2) order him released from prison with a "time served" sentence, Dkt. 563;

(3) appoint counsel (Dkt. 561); and

(4) waive an "illegal fine." (Dkt. 553).

See also Dkts. 559, 560 (duplicate motions generally alluding to a request for compassionate release). All of these motions lack merit and will be summarily denied.[1]

Otherwise, the Court will grant the government's motion to authorize payment from an inmate trust account. The government reports that Mr. Dade maintains around $10,000 in his inmate trust account. The Court imposed a $5,000 fine in this case. See Am. Judgment, Dkt. 362. As of September 2019, when the government filed its motion, Mr. Dade still owed $4,697.84 of that fine. Under 18 U.S.C. § 3613(c), a sentencing imposing a fine constitutes a lien in favor of the government against all of defendant's property and rights to property. 18 U.S.C. § 3613(a), (c).

Under these circumstances, an order authorizing the turnover of defendant's

---

[1] Identical versions of four of these motions are filed in Mr. Dade's pending civil case, in which he seeks relief under 28 U.S.C. § 2255. See Dade v. United States, No. 4:16-cv-224-BLW. See Dkts. 173, 174, 175, 176. The Court will deny the motions in the civil case as well.

property is appropriate. The Court will grant the government's motion.

## ORDER

**IT IS ORDERED that:**

(1) The government's Motion to Authorize Payment from Inmate Trust Account (Dkt. 548) is **GRANTED.**

(2) Defendant's pending motions (Dkts. 549, 553, 559, 591, 561, 562, and 563) are **DENIED.**

(3) Defendant's pending motions in the related civil case, *Dade v. United States,* No. 4:16-cv-224-BLW (Dkts. 173, 174, 175, and 176) are **DENIED.**

DATED: December 23, 2020

_____
B. Lynn Winmill
U.S. District Court Judge